IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

     Plaintiff,                   No. CIV S-06-1527 LKK GGH P

    vs.

JAMES E. TILTON, et al.,

     Defendants.         <u>ORDER</u>

_____/

        Plaintiff is state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's August 1, 2006, motion for injunctive relief. Plaintiff alleges that defendants have threatened to transfer him away from Mule Creek State Prison (MCSP) in retaliation for his legal activities concerning the instant action.

        The legal principles applicable to a request for injunctive relief are well established. To prevail, the moving party must show either a likelihood of success on the merits and the possibility of irreparable injury, or that serious questions are raised and the balance of hardships tips sharply in the movant's favor. See <u>Coalition for Economic Equity v. Wilson</u>, 122 F.3d 692, 700 (9th Cir. 1997); <u>Oakland Tribune, Inc. v. Chronicle Publ'g Co.</u>, 762 F.2d 1374, 1376 (9th Cir. 1985). The two formulations represent two points on a sliding scale with the focal point being the degree of irreparable injury shown. <u>Oakland Tribune</u>, 762 F.2d at 1375. "Under

1

1  any formulation of the test, plaintiff must demonstrate that there exists a significant threat of
2  irreparable injury." Id.  In the absence of a significant showing of possible irreparable harm, the
3  court need not reach the issue of likelihood of success on the merits.  Id.
4       Plaintiff filed his motion in August 2006.  Since that time plaintiff has not filed
5  any further pleadings indicating that his transfer is imminent or that he has actually been
6  transferred.  Plaintiff shall indicate to the court within ten days whether he desires to pursue this
7  motion.
8  DATED: 2/7/07
9       /s/ Gregory G. Hollows
10      UNITED STATES MAGISTRATE JUDGE

rous1527.inj

2