IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

      Plaintiff,                    No. CIV S-06-1527 LKK GGH P

   vs.

JAMES E. TILTON, et al.,

      Defendants.           <u>ORDER</u>

                             /

        On February 16, 2007, plaintiff filed an "opposition" to the magistrate judge's order filed February 8, 2007, ordering plaintiff to file either an application to proceed in forma pauperis or the appropriate filing fee. The court construes plaintiff's opposition as a request for reconsideration. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2   magistrate judge filed February 8, 2007, is affirmed.  Plaintiff shall file an application to proceed
3   in forma pauperis or the appropriate filing fee within twenty days of the date of this order.
4   DATED:  March 12, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT