IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                   No. CIV S-06-1527 LKK GGH P

    vs.

JAMES E. TILTON, et al.,

        Defendants.          ORDER

_____/

        On February 8, 2007, the court ordered plaintiff to either pay the filing fee or file an affidavit to proceed in forma pauperis. On April 18, 2007, plaintiff submitted $250. The filing fee is $350.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff shall submit the remaining balance of the filing fee ($100) or an affidavit to proceed in forma pauperis.[1]

DATED: 5/10/07

                                                    /s/ Gregory G. Hollows

rou1527.fee                                       UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff submits an in forma pauperis affidavit, the court shall apply the $250 toward the filing fee.

1