1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  WILLIAM ROUSER,

11          Plaintiff,                    No. CIV S-06-1527 LKK GGH P

12      vs.

13  JAMES E. TILTON, et al.,

14          Defendants.            FINDINGS & RECOMMENDATIONS

15  _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17  42 U.S.C. § 1983.  Plaintiff is presently incarcerated at Pleasant Valley State Prison (PVSP).  On

18  July 2, 2007, plaintiff filed a motion for a temporary restraining order.  For the following reasons,

19  this motion should be denied.

20          This action is proceeding on plaintiff's claims for money damages regarding his

21  ability to practice his Wiccan religion during his incarceration at California State Prison-

22  Sacramento from 1999 until his transfer to Mule Creek State Prison (MCSP) as well his ability to

23  practice his religion while at MCSP.  Plaintiff is proceeding with another action in this court,

24  CIV S-93-0767 LKK GGH P, which addresses his claims for injunctive relief at PVSP as to three

25  specific issues: 1) access to and the ability to use religious articles including tarot cards, the

26  Wiccan Bible, incense, candles, wands and altars; 2) the ability to practice group worship; and 3)

1

1    access to a spiritual leader.

2            In the pending motion, plaintiff argues that he has not been allowed to practice his

3    religion at PVSP.  Plaintiff claims that prison officials have taken all of his religious property

4    except for a few books.  Plaintiff requests that the court order prison officials at PVSP to allow

5    him to practice his religion.

6            Some of plaintiff's claims regarding access to religious property are being

7    litigated in 93-767.  To the extent plaintiff is seeking injunctive relief regarding matters other

8    than those issues already being litigated in this court, he must file a separate action in the Fresno

9    Division of the United States District Court for the Eastern District of California.  For these

10   reasons, plaintiff's motion for injunctive relief should be denied.

11           Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's July 2, 2007,

12   motion for a temporary restraining order be denied.

13           These findings and recommendations are submitted to the United States District

14   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

15   days after being served with these findings and recommendations, plaintiff may file written

16   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

17   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

18   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

19   F.2d 1153 (9th Cir. 1991).

20   DATED:   8/1/07                                    /s/ Gregory G. Hollows

21                                                       UNITED STATES MAGISTRATE JUDGE

22

23
     rou1527.fr
24

25

26

                                                    2