IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

       Plaintiff,                  No. CIV S-06-1527 LKK GGH P

    vs.

JAMES E. TILTON, et al.,

       Defendants.        ORDER
_____/

       On June 26, 2007, the court granted plaintiff sixty days to complete service of process. On August 8, 2007, plaintiff filed a request for an extension of time to comply with the June 26, 2007, order. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's August 8, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted sixty days from the date of this order in which to comply with the June 26, 2007 order.

DATED: 8/14/07

                /s/ Gregory G. Hollows
                _____
                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

rous1527.36