IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                           No. CIV S-06-1527 LKK GGH P

    vs.

JAMES E. TILTON, et al.,

        Defendants.           <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee. On June 26, 2007, the court ordered plaintiff to complete service of process within sixty days. On August 15, 2007, the court granted plaintiff a forty-five day extension of time to serve defendants.

        On September 21, 2007, plaintiff filed two documents stating that service of several defendants was complete as he had served them with the complaint, the consent form and a copy of a court order by first class mail.

        Fed. R. Civ. P. 4(e) provides that service upon individuals within a judicial district from whom a waiver of service has not been obtained may be made by personal service or pursuant to the law of the state in which the district court is located.

/////

1

1     Although California law permits service of a summons by mail, such service is
2  valid only if a signed acknowledgment is returned and other requirements are complied with.
3  Cal. Code Civ. Pro. § 415.30.[1]  Plaintiff did not comply with the requirements of § 415.30
4  because he did not serve defendants with two copies of the notice required in § 415.30 and a
5  return envelope, postage paid, addressed to plaintiff.  Nor did plaintiff serve defendants with the
6  summons.
7     Plaintiff will be afforded one final opportunity to serve defendants properly.  In
8  the alternative, plaintiff may file an application to proceed in forma pauperis which, if granted,
9  would allow the U.S. Marshal to serve process.
10     Accordingly, IT IS ORDERED that:
11     1.  Plaintiff is granted thirty days to properly serve defendants;
12     2.  The Clerk of the Court is directed to issue and send plaintiff 27 summonses,
13  for defendants Pliler, Rosario, Hill, Jackson, Carlson, Grant, Goldsmith, Johnson, Wiley, Hamad,
14  Swope, Hannigan, Till, Campbell, Bunnell, Kanipe, Barham, Reyes, Espinoza, Stacy, Castro,
15  Pogue, Director CDCR, Schwarzenegger, Hickman, Stewart, Page.  The Clerk shall also send
16  plaintiff one copy of the form "Consent to Proceed Before United States Magistrate Judge" with
17  this order.

---

[1] Cal. Civ. Pro. Code § 415. 30 provides:
"(a) A summons may be served by mail as provided in this section.  A copy of the summons and of the complaint shall be mailed (by first-class mail or airmail, postage prepaid) to the person to be served, together with two copies of the notice and acknowledgment provided for in subdivision (b) and a return envelope, postage prepaid, addressed to the sender.
(b) The notice specified in subdivision (a) shall be in substantially the following form:
(Title of court and cause, with action number, to be inserted by the sender prior to mailing)
NOTICE
To: (Here state the name of the person to be served.)
This summons is served pursuant to Section 415.30 of the California Code of Civil Procedure.  Failure to complete this form and return it to the sender within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons upon you in any other manner permitted by law... [T]his form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons.  Section 415.30 provides that this summons is deemed served on the date of execution of an acknowledgment of receipt of summons."

2

3. The Clerk shall send plaintiff an application to proceed in forma pauperis; plaintiff shall return this form within thirty days of the date of this order if he chooses to proceed in forma pauperis.

DATED: 12/6/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

rous1527.ser