1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10                            SACRAMENTO DIVISION

11

12   **WILLIAM ROUSER,**                    Case Number:  2:06-cv-01527 LKK GGH

13                            Plaintiff,     **ORDER GRANTING DEFENDANTS'
                                             REQUEST FOR AN EXTENSION OF**
14          v.                               **TIME TO FILE A RESPONSIVE
                                             PLEADING**
15   **JAMES TILTON, et al.,**

16                            Defendants.

17

18          Defendants' request for an extension of time to file a responsive pleading in this matter

19   was considered by this Court, and good cause appearing,

20          IT IS HEREBY ORDERED that Defendants have until August 8, 2008, to file a

21   responsive pleading.

22

23   Dated: 06/27/08                          /s/ Gregory G. Hollows
                                              U.S. MAGISTRATE JUDGE
24

25

26

27
     rou1527.eot
28

                                               1