IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM ROUSER,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**JAMES TILTON, et al.,**<br><br>　　　　　　　　　　Defendants. | CASE NO.: 2:06-cv-01527 LKK GGH<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS** |

　　　Defendants' request for an extension of time to serve their responses to Plaintiff's Request for Production of Documents and Requests for Admissions in this matter was considered by this Court, and good cause appearing,

　　　IT IS HEREBY ORDERED that Defendants have until December 19, 2008, to serve their responses.

Dated: November 4, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Gregory Hollows

rous1527.eot

[Proposed] Order

1