IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                  No. CIV S-06-1527 LKK GGH P

   vs.

JAMES TILTON, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Pending before the court is defendants' March 9, 2009, motion to modify the scheduling order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion to modify the scheduling order (# 64) is granted;

        2. The discovery cut-off date of April 3, 2009, is vacated and re-set to June 2, 2009; the dispositive motion deadline of September 4, 2009, is vacated and re-set to November 3, 2009.

DATED: April 2, 2009

                                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

rou1527.sch