IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,                     No. CIV S-06-1527 LKK GGH P

     vs.

JAMES TILTON, et al.,

        Defendants.              Order

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's April 30, 2009, motion for summary judgment. For the following reasons, the court orders that the motion is vacated without prejudice to its renewal.

        On April 15, 2009, defendants filed a request for extension of time to file an opposition to plaintiff's motion. Defendants request until August 17, 2009, to file an opposition. In support of this request, defendants state that they cannot oppose plaintiff's motion at this time because they have not had sufficient time to conduct discovery.

        On April 3, 2009, the court modified the scheduling order. The discovery cut-off date was re-set to June 2, 2009, and the dispositive motion deadline was re-set to November 3, 2009. The court is concerned that if it grants defendants' request for extension of time,

1

1  defendants will file a summary judgment motion at the time of the dispositive motion cut-off
2  date in November.  In that case, the court may have to evaluate two summary judgment motions
3  in the same case but at different times.  This is not an efficient use of limited court resources.
4          For the reasons discussed above, plaintiff's summary judgment motion is vacated
5  as premature.  Plaintiff may re-file his motion no sooner than November 3, 2009.  Because the
6  court sets a date for the filing of plaintiff's motion, the courts orders that defendants may file a
7  summary judgment no sooner than November 3, 2009, as well.  Plaintiff is not required to re-file
8  his entire motion.  Rather, he may file a request to reinstate his motion.
9          Accordingly, IT IS HEREBY ORDERED that:
10         1.  Plaintiff's April 30, 2009, motion for summary judgment (no. 66) is vacated
11 without prejudice to its reinstatement no sooner than November 3, 2009; defendants may file a
12 summary judgment motion no sooner than November 3, 2009.
13         2.  Defendants' May 15, 2009, motion for extension of time (no. 67) is denied as
14 unnecessary.
15 DATED: May 29, 2009

                                            /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

21 rou1527.vac