IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

    Plaintiff,                   No. CIV S-06-1527 LKK GGH P

    vs.

JAMES TILTON, et al.,

    Defendant.                ORDER

_____/

        Pending before the court is plaintiff's July 17, 2009, motion for return of his legal property. Plaintiff states that on July 2, 2009, he was placed in administrative segregation at which time his legal property was taken away.

        The discovery cut-off date in this action was June 2, 2009. See April 3, 2009, order. On June 1, 2009, the court ordered that summary judgment motions could be filed no sooner than November 3, 2009.

        While it is clear from the pending motion that plaintiff is not permitted to have his legal property in his cell with him while in administrative segregation, it is not clear whether plaintiff may request that portions of his property be delivered to him. Plaintiff also does not state why he requires access to his legal property at this time, considering that the discovery cut-off date has passed and that the dispositive motion deadline is three months away. For these

1  reasons, the court finds that plaintiff's motion is not well supported.

2        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 17, 2009, motion
3  for access to his legal property (no. 70) is denied without prejudice.  If plaintiff's property is not
4  returned by August 20, 2009, the undersigned will expeditiously consider any motion filed in this
5  regard.

6  DATED: August 7, 2009

7                                          /s/ Gregory G. Hollows

8                                       UNITED STATES MAGISTRATE JUDGE

9  rou1627.ord(2)