IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ROUSER,

        Plaintiff,               No. CIV S-06-1527 LKK GGH P

   vs.

JAMES TILTON, et al.,

        Defendants.      ORDER

_____/

On November 2, 2009, defendants filed a request for clarification of the June 1, 2009, order setting the dispositive motion cut-off date.

IT IS HEREBY ORDERED that either party may file a dispositive motion within twenty-eight days of the date of this order.

DATED: November 13, 2009

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

rou1527.cl

1