IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM ROUSER,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAMES TILTON, et al.,**<br><br>　　　　　　Defendants. | Case No. 2:06-cv-01527 LKK GGH<br><br>**ORDER** |

　　　Upon examination of the moving papers, and good cause appearing, Defendants' request for coordination of the parties' dispositive motion briefing schedule per the Court's June 1, 2009, and November 13, 2009 orders, and under Local Rule 78-230(m) is GRANTED. The Court orders the following:

　　　1.　　Plaintiff shall file with the Court his request to reinstate his previously submitted summary judgment motion on December 11, 2009;

　　　2.　　Defendants shall file and serve their motion for summary judgment on December 11, 2009;

　　　3.　　Defendant's opposition to Plaintiff's reinstated motion for summary judgment shall be filed and served on January 4, 2010;

///

1    4.   Plaintiff's opposition to Defendants' motion for summary judgment shall be filed and
2    served on January 4, 2010; and
3    5.   The parties shall file and serve their replies, if any, as per Local Rule 78-230(m).
4    **IT IS SO ORDERED.**
5    Dated: November 24, 2009             /s/ Gregory G. Hollows
6                                    _____
                                          U.S. Magistrate Judge
7    Rous1527.ord