1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM ROUSER,

11            Plaintiff,                    No. CIV S-06-1527 LKK GGH P

12        vs.

13   JAMES TILTON, et al.,

14            Defendants.                   ORDER

15   _____/

16            On December 11, 2009, plaintiff filed a motion to reinstate his summary judgment

17   motion.  Good cause appearing, this motion is granted.  This motion shall be briefed by the

18   parties in accordance with the schedule set forth in the November 25, 2009, order.

19            Accordingly, IT IS HEREBY ORDERED that plaintiff's December 11, 2009,

20   motion to reinstate his summary judgment motion (no. 84) is granted.

21   DATED: December 22, 2009

22                                          /s/ Gregory G. Hollows

23                                          _____
                                            UNITED STATES MAGISTRATE JUDGE

24

25   rou1527.ri

26

1